# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**MICHAEL SPRADLING, as Personal Representative
of the Estate of WILLIAM COLLIN SPRADLING,
deceased**                                                                                          **PLAINTIFF**

**V.**                                    **4:15CV00238 JM**

**CLAY HASTINGS, MICHAEL FORD, FREDERICK
"STEVE" WOODALL and AARON SIMON,
Individually and in their Official Capacities, STUART
THOMAS, individually and in his official capacity,
THE CITY OF LITTLE ROCK, a municipality**                               **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that all claims against the defendants are DISMISSED with prejudice.

DATED this 23rd day of October, 2017.

_____
James M. Moody Jr.
United States District Judge